IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:15cr368 |
| | ) | 18 U.S.C. § 1001(a)(2) |
| v. | ) | |
| | ) | |
| WILLIAM TINT | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

That on or about April 13, 2015, in the District of South Carolina, in a matter within the jurisdiction of the Executive Branch of the government of the United States, the Defendant, WILLIAM TINT, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; to wit: he told Special Agents of the Federal Bureau of Investigation (FBI) that he was not aware of a plan to commit a violent act against any person or property involving himself and/or RD, when in fact, as he then and there knew, he was aware of such a plan involving a location in New York state;

In violation of Title 18, United States Code, Section 1001(a)(2).

A __True__ Bill

_____
FOREPERSON

_____
WILLIAM N. NETTLES   (MBC/jw)
UNITED STATES ATTORNEY