IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:15-368 |
| | ) | |
| v. | ) | MOTION TO REMOVE HOUSE |
| | ) | ARREST WITH ELECTRONIC |
| WILLIAM TINT | ) | MONITORING AS A CONDITION |
| | ) | OF BOND |

    Now comes the defendant, by and through his attorney, and respectfully moves this Court to remove the condition of house arrest with electronic monitoring from his bond. He initially appeared on June 23, 2015, and bond was set at $25,000 unsecured. House arrest with electronic monitoring were ordered as a condition of this bond.

    I have consulted with David Ross who is supervising Mr. Tint at present. Mr. Ross said that Mr. Tint "has done fine and presented no problems" during his supervision. Mr. Ross has no objection to removing the house arrest with electronic monitoring.

    I have consulted with Assistant United States Attorney Max Cauthen who stated that he doesn't have an objection given that Mr. Ross has no objection.

    It is respectfully requested that the court order the removal of the condition of house arrest with electronic monitoring from Mr. Tint's bond.

    Respectfully submitted,

    _____
    David W. Plowden,
    Assistant Federal Public Defender

September 3, 2015
Greenville, South Carolina