IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:15-00368 |
| | ) | |
| v. | ) | |
| | ) | MOTION TO REMOVE CONDITION OF |
| WILLIAM TINT | ) | HOUSE ARREST AND ELECTRONIC |
| | ) | MONITORING |

Now comes the defendant, through his attorney, and respectfully moves this Court to amend the conditions of his bond to remove the condition of house arrest with electronic monitoring.

He was released on a $25,000 surety bond on June 23, 2015. At that time the defendant was placed on house arrest with electronic monitoring. On September 8, 2015, the house arrest and electronic monitoring condition was removed. On January 14, 2016, the condition was reimposed due to Mr. Tint's leaving the district briefly to assist his fiancee and children. Mr. Tint has not had any further violations of his bond. He has pled guilty and is awaiting sentencing on June 9, 2016. His guideline range is 0-6 months. He is disabled.

Counsel has consulted with David Ross, the pretrial services officer supervising Mr. Tint, and Max Cauthen, the AUSA prosecuting this case. Neither the pretrial services officer nor the Assistant United States Attorney have any objection to removing the conditions of house arrest and electronic monitoring from Mr. Tint's bond.

                                       Respectfully submitted,

                                       _____
                                       David W. Plowden,
                                       Assistant Federal Public Defender

May 19, 2016
Greenville, South Carolina